## JENKINS v. THE STATE.

1. Where in the trial of a criminal case a witness testifies that a confession was freely and voluntarily made to him by the accused, who was at the time under arrest, the evidence of the confession is admissible, and it is not incumbent on the State to show, as a condition precedent to the admission of the evidence, that such confession was not the result either of inducements or threats made by the officer having the accused in custody, *Price v. State*, 114 *Ga.* 855.

2. The verdict was warranted by the evidence.

Argued January 18, — Decided February 12, 1904.

Indictment for murder. Before Judge Mitchell. Colquitt superior court. November 30, 1903.

*J. A. Wilkes* and *W. F. Way*, for plaintiff in error.

*John C. Hart*, attorney-general, and *W. E. Thomas*, solicitor-general, contra.

COBB, J. The accused was convicted of murder, and sentenced to be hanged. He complains of the action of the court in refusing him a new trial. The ruling in the first headnote disposes of the only special assignment of error. The evidence fully warranted the verdict. There is no reason for reversing the judgment.

*Judgment affirmed.  All the Justices concur, except Simmons C. J., absent.*